

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 16-2724 WJ |
| ) | |
| vs. ) | Counts 1-2: 18 U.S.C. §§ 1153, |
| ) | 1201(a)(2): Kidnapping. |
| **JOHN B. HENRY,** ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about June 18, 2011, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **JOHN B. HENRY**, did unlawfully, knowingly, and willfully kidnap and attempt to kidnap, abduct, seize, confine, inveigle, and carry away Jane Doe 1 for some purpose or benefit.

In violation of 18 U.S.C. §§ 1153, 1201(a)(2).

### Count 2

On or about June 18, 2011, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **JOHN B. HENRY**, did unlawfully, knowingly, and willfully kidnap and attempt to kidnap, abduct, seize, confine, inveigle, and carry away Jane Doe 2 for some purpose or benefit.

In violation of 18 U.S.C. §§ 1153, 1201(a)(2).

JOHN C. ANDERSON
United States Attorney

*/s/ Jennifer Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274