Doc 1084
1:16 CR 02724-002 WJ

9-16-19

To the Honorable Judge William. P. Johnson

On April 24th 2019 I was sentenced for the current charges as well as my past charges running concurrent to 31 months in prison I am currently in my 29th month up on my arrival here at Black Canyon A.Z where I am currently detained I was informed that i would be serving 48 months as opposed to the low-end of 31 months wich you had initially sentenced me at the sentencing my mother Ida Begay and sister Dora Henry wer prent witnesses. my previous attorney Molly Schmidt, was Let go beconse she was charged with pulling a fire arm on a client so at the sentencing Shemara Henderson had stepped in for Molly Schmidt I have been trying to contact Shemara Henderson but she has not been able to answer
I would like to be informed of the changes to my sentence as soon as possible Think you for your time sir
my sister phone number is 505-721-9768

Think you John H[enry]

FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO SEP 20 2019 MITCHELL R. ELFERS CLERK

John Henry
90942051
FCI Phoenix
37910-N-45th AVE
85086

PHOENIX AZ 852
18 SEP 2019 PM 4 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 0 2019

MITCHELL R. ELFERS
CLERK

87102-227470

William P. Johnson
Pete V. Domenici
United States Courthouse
333 Lomas Boulevard NW
Suite 270
Albuq NM 87102