# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## <u>Clerk's Minutes</u>

**<u>Before the Honorable Chief Judge William P. Johnson</u>**

**<u>Case No.:</u>** CR 16-2724 WJ                     **<u>Date:</u>** March 16, 2021

**<u>Parties:</u>** USA v. John B. Henry

**<u>Courtroom Clerk:</u>** R. Garcia          **<u>Court Reporter:</u>** M. Loughran

**<u>Interpreter:</u>** N/A

**<u>Type of Proceeding:</u>** Hearing on Probation's Amended Petition for Modification of Conditions of Supervision.

**<u>Place of Court:</u>** Albuquerque - Zoom

**<u>Total time in Court:</u>** 24 minutes

**<u>Evidentiary Hearing:</u>** No

**<u>Attorneys Present for Plaintiff(s):</u>**          **<u>Attorneys Present for Defendant(s):</u>**
Jennifer M. Rozzoni                                      Wayne Baker

**<u>Proceedings:</u>**

10:12     Court in session; counsel enter appearances; POs Danielle Padilla and Christopher Fiedler present; Mr.

Baker waives his client's presence for this hearing.

The Court takes-up Probation's Amended Petition for Modification of Conditions of Supervision; notes the

Court has been advised that counsel have resolved all issues with the exception of one.

Ms. Rozzoni notes Amended Petition filed by Probation; one unresolved condition for the Court to take up

re visitation to parks.

The Court asks Mr. Baker to clarify his understanding of the term parks.

Mr. Baker argues parks is an overbroad term/restriction that may refer to more than playgrounds, etc as

noted in the language of the condition.

Ms. Rozzoni responds clarifies Government definition of parks and gives example of parks that may not be

playgrounds, but where children may gather.

The Court refers to Defendant's PSR in regard to prior conviction of sexual abuse of a child and notes

concerns re the sentence imposed, as well as concerns re the sentence imposed on Defendant for the instant conviction.

Ms. Rozonni responds to the Court concerns in prosecuting the instant case.

The Court cites to transcript of prior hearing in this matter and grounds for Defendant being a danger to community; notes contested condition is pretty standard for matters like this; reluctant to modify this condition from standard language without Defendant showing progress in treatment of his issues; overrules objection.

Mr. Baker clarifies instances cited from the PSR by the Court.

Ms. Rozzoni replies re justification for condition.

The Court advises the Defendant is free to seek modification of conditions upon progress in treatment; troubling criminal history prompts Court to find condition(s) to be appropriate.

Mr. Baker notes his client has moved out of halfway house to his own apartment.

The Court notes the positive development in Defendant moving out of halfway house; Court will overrules Defendant's objection and will not modify language re parks; if Defendant does well with treatment Mr. Baker is free to seek modification of his client's conditions.

10:36   Court in recess.

.

## WITNESS/EXHIBIT LIST

|  |  | CV/CR |
|---|---|---|
| Plaintiff's Attorney: | Defendant's Attorney: | United States District Court<br>District of New Mexico |
|  |  | Trial Date(s): |
| Presiding Judge: **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R.  Garcia |

| Exh.<br>No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Exh. No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RETURN OF EXHBITS


GOVERNMENT EXHBITS RECEVIED BY: _____

Attorney(s) for the Government



DEFENSE EXHIBITS RECEIVED BY: _____

Attorney(s) for the Defense