IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            16-CR-2724 WJ

John Henry,

        Defendant.

**ORDER**

THIS MATTER having come before the Court on defendant John Henry's unopposed motion for an Order releasing him from the custody of the United States Marshal's Service and the Cibola County Correctional Center, to the third-party custody of NCI with continued oversight by United States Probation, and the Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that John Henry shall be released from the custody of the United States Marshal's Service and the Cibola County Correctional Center on February 1, 2023 before noon, and is to report to the third-party custody of NCI by close of business on February 1, 2023, with continued oversight by the United States Probation Department.

It is FURTHER ORDERED that the United States District Court Clerk's Office shall forward a copy of this Order to the United States Marshal's Service, who are not to transport Mr. Henry from Cibola County Correctional Center to the United States District Court.

It is So Ordered.

_____
United States District Judge