IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                      16-CR-2724 WJ

John Henry,

        Defendant.

## **ORDER**

THIS MATTER having come before the Court on defendant John Henry's "Unopposed Motion to Dismiss Outstanding Petition to Revoke Supervised Release" (Doc. 255) and the Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that the Outstanding Petition to Revoke Supervised Release (Doc. 235) is hereby dismissed.

It is So Ordered.

William P. Johnson
United States District Judge